**DISMISS and Opinion Filed December 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00489-CV

**WELLINGTON REALTY, LLC AND DAVID R. SHAFFER, JR., Appellants**
**V.**
**SCOTT O'GRADY, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF WELLINGTON REALTY, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06133**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellants' December 10, 2019 unopposed motion to dismiss the

appeal. We grant the motion and dismiss this appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190489F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WELLINGTON REALTY, LLC AND
DAVID R. SHAFFER, JR., Appellants

No. 05-19-00489-CV     V.

SCOTT O'GRADY, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF OF
WELLINGTON REALTY,LLC, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-06133.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellee SCOTT O'GRADY, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF WELLINGTON REALTY,LLC recover his costs of this appeal from appellant WELLINGTON REALTY, LLC AND DAVID R. SHAFFER, JR..

Judgment entered December 16, 2019